## UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 6, 2013

MEMO TO COUNSEL RE:  Phillip Michael Scott v. Department of Corrections
Civil No. JFM-09-3328

Dear Counsel:

    Is there still a discovery dispute in this case or has it been resolved?  Please advise me on or before May 14, 2013.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge